Brad Englund
Englund Law P.S.
105 South Third Street, #105
Yakima, WA 98901
(509) 452-8686

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALVIN PARRAZ, )<br>      Plaintiff, )<br>)<br>)<br>v. )<br>)<br>DEBORAH HENDRICKSON )<br>and TAMARA BEAULAURIER, )<br>      Defendant(s). )<br>_____ ) | Civil Action, File No. CV-05-3097-LRS<br><br>ORDER DISMISSING COMPLAINT<br>AND COUNTERCLAIM WITH<br>PREJUDICE |

Based on the Stipulation and Joint Motion of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED;

1.  The Complaint of Plaintiff Alvin Parraz is hereby dismissed with prejudice, but not upon the merits, with each party to bear its own costs and attorney fees related thereto;

2.  The Counterclaim of Tamara Beaulaurier filed in the above action is hereby dismissed with prejudice, but not upon the merits, with each party to bear its

Order Dismissing Complaint and Counterclaim
with Prejudice - 1

own costs and attorney fees related thereto.

Dated this 18th day of April, 2007.

s/Lonny R. Suko
_____
United States District Judge

Copies to:

Brad Englund #14908
Englund Law P.S.
105 South Third Street, #105
Yakima, WA  98901
benglund@englundlaw.com

Blaine T. Connaughton
Connaughton Law Office
514B North First Street
Yakima, WA 98901
connlawb@juno.com

J. Jay Carroll
Velikanje, Moore & Shore, P.S.
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
jcarroll@vmslaw.com

Order Dismissing Complaint and Counterclaim
with Prejudice - 2

ENGLUND LAW P.S.
105 South Third Street, #105
Yakima, WA 98901
(509) 452-8686

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27 Order Dismissing Complaint and Counterclaim
with Prejudice - 3

ENGLUND LAW P.S.
105 South Third Street, #105
Yakima, WA 98901
(509) 452-8686